UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00112-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **WILLIAM LENARD VAUGHN,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on a letter from defendant asking that his case be sentenced as soon as possible. Defendant is advised that cases are scheduled based on how long they have been on the "ready for sentencing" list. Mr. Vaughn's ready date was July 14, 2014, making his case relatively "recent." He should, however, expect sentencing within the next few months.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief in his letter (#92), relief is denied as his case will be scheduled for sentencing as soon as possible.

Signed: August 8, 2014

Max O. Cogburn Jr.
United States District Judge